UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Margarita Figueroa Collazo, et al.

v

Mitsubishi Motors Sales of America, Inc., et al.

CIVIL CASE: 97-1354 (JAF)

| DESCRIPTION OF MOTION |||
|---|---|---|
| **DATE FILED:** 5/25/01 | **DOCKET #:** 39 | **TITLE:** MOTION by All Plaintiffs |for Disbursement of Funds| |
| **BY:** Plaintiffs | | |

### O-R-D-E-R

Granted – (4,125 plus int (corp?))

Menor Judith Figueroa Aponte.

_____         _____
7/6/01                                              JOSE A. FUSTE
DATE                                              UNITED STATES DISTRICT JUDGE

Finance
7/10/01

40